**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**ODELL HORTON FEDERAL BUILDING**
**and UNITED STATES COURTHOUSE**
**167 N. MAIN STREET, ROOM 262**
**MEMPHIS, TENNESSEE 38103**

WENDY OLIVER,                                                          JASON KADZBAN
CLERK OF COURT                                                    CHIEF DEPUTY, MEMPHIS

October 21, 2025

Clerk, U. S. District Court
Northern District of Mississippi

RE:     USA v. **Marshall Deshun Bratcher**
        Your Case #   **25CR193-TFM**
        Our Case # **2:25-mj-00053-atc-1**

Dear Clerk:

        Please be advised that the above referenced defendant was arrested in the Western District of Tennessee (Memphis) on a warrant issued by the Southern District of Alabama and appeared before United States Magistrate Judge Tu M. Pham on October 20, 2025.

[ **X** ]   The defendant has been detained and remanded to the custody of the United States Marshal for transport.

[   ]   The defendant has been released on a ROR bond and ordered to appear in your district on the following date:

All documents completed in this district may be accessed via PACER  and at our website at:
https://ecf.tnwd.uscourts.gov.

                                        Thank you,

                                        WENDY OLIVER, CLERK

                                        BY:    s/ Terry Haley
                                               Terry Haly, Case Manager
                                               (901) 495-1276